

**ORDERED in the Southern District of Florida on March 10, 2025.**

_Corali Lopez-Castro_
**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Matias Isla                                                     Case No.: 24-18397-CLC
                                                                                       Chapter 13

            Debtor(s)            /

### ORDER SUSTAINING OBJECTION TO CLAIM OF BANK OF AMERICA, N.A.

THIS MATTER having come to be heard without objection on the consent calendar on December 17, 2024, upon Debtor's Objection to Claim of Bank of America, N.A.; claim #10 ("Objection") [ECF#30] and based on the record, IT IS;

ORDERED AND ADJUDGED:

1. The Objection is SUSTAINED.

2. The claim is stricken and disallowed.

# # #

Respectfully Submitted:
Jose A. Blanco | 062449
**JOSE A. BLANCO, P.A.**
102 E 49th ST
Hialeah, FL 33013
Tel:      (305) 349-3463
Fax:      (786) 567-5057
E-Mail: jose@blancopa.com

The Law Office of Jose A. Blanco, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.

LF-70 (rev. 12/01/09)