UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Matias Alberto Isla

Case No.: 24-18397-CLC
Chapter 13

_____Debtor_____/

## **MOTION TO MODIFY CHAPTER 13 PLAN**

COMES NOW, the Debtor, Matias Alberto Isla, by and through the undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On August 19, 2024, the instant case was filed.

2. On February 14, 2025, Debtor's Second Amended Chapter 13 plan was confirmed.

3. In Debtor's confirmed plan, the Debtor was treating his 2019 Dodge Charger VIN: 2C3CDXJG8KH743322 direct and outside the bankruptcy.

4. Debtor had had a change of financial circumstances and has been unable to maintain the payments on said vehicle.

5. Debtor desires to modify the plan to surrender the Debtor's 2019 Dodge Charger as Debtor is financially unable to maintain it.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving Debtor's First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was

sent via ECF to the Debtor's and Nancy K. Neidich, Trustee and U.S. Mail on December

6, 2025 and to all parties on the service list.

Respectfully submitted:
<u>December 6, 2025</u>

**Jose A. Blanco, P.A.**
By: *<u>/s/ Jose A. Blanco</u>* | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
E-mail: jose@blancopa.com