UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

MATIAS ALBERTO ISLA,                         Case No. 24-18397-CLC

    Debtor.                                  Chapter 13

_____/

## NOTICE OF OBJECTION TO CLAIM

**Nancy K. Neidich, Chapter 13 Trustee, has filed an objection to your claim in this bankruptcy case.**

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

**If you do not want the court to eliminate or change your claim, then you or your lawyer must file a written response within 30 days from the date this objection was served, explaining why your claim should be allowed as filed.**

The written response must contain the case name, the case number, your name, and your claim number. If filed by an attorney, the written response must be filed electronically. If filed without an attorney, the written response must be filed with the Clerk of the United States Bankruptcy Court, Southern District of Florida, in the division in which this case is pending:

| **Miami Division:** | **Fort Lauderdale Division:** | **West Palm Beach Division:** |
|---|---|---|
| United States Bankruptcy Court | United States Bankruptcy Court | United States Bankruptcy Court |
| Southern District of Florida | Southern District of Florida | Southern District of Florida |
| C. Clyde Atkins United States Courthouse | United States Courthouse | Flagler Waterview Building |
| 301 North Miami Avenue, Room 150 | 299 East Broward Blvd., Room 112 | 1515 North Flagler Drive, Suite 801 |
| Miami, Florida 33128 | Ft. Lauderdale, FL 33301 | West Palm Beach, FL 33401 |

If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the deadline stated above.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim and may enter an order sustaining the objection without further notice or hearing.** If you or your attorney do file a timely response to the objection, the court will schedule a hearing, by separate notice of hearing, to resolve the objection.

LF-24 (rev. 06/01/26)

## **Objection to Claim Number 3.2**

Nancy K. Neidich, Chapter 13 Trustee, objects to claim number 3.2 filed by AmeriCredit Financial Services, Inc. dba GM Financial as an general unsecured claim on May 5, 2026, for the following reasons:

**BASIS:** The amended claim was filed after the claims bar date.

**DISPOSITION:** Nancy K. Neidich, Chapter 13 Trustee requests that the claim be stricken and disallowed.

Dated: July 8, 2026          NANCY K. NEIDICH, ESQUIRE
                                          STANDING CHAPTER 13 TRUSTEE
                                          P.O. BOX 279806
                                          MIRAMAR, FL  33027-9806

                                           By: /s/*Kenia Molina*
                                          KENIA MOLINA ESQ.
                                          FLORIDA BAR NO: 0085156

LF-24 (rev. 06/01/26)