UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 24-18397-BKC-CLC
PROCEEDING UNDER CHAPTER 13

IN RE:
MATIAS ALBERTO ISLA,

DEBTOR(S).
_____________________________/

**NOTICE OF CONTINUED HEARING ON OBJECTION TO CLAIM OF AMERICREDIT SERVICES #3.2 (ECF #65)**

**YOU ARE HEREBY NOTIFIED** that the Trustee's Objection to Claim of AmeriCredit Services #3.2 (ECF #65) is continued to **September 29, 2026 at 9:00AM** by VIDEO CONFERENCE. You must register in advance no later than 3:00 PM, one business day before the hearing. To register, click on or enter the following registration link in a browser: https://www.zoomgov.com/meeting/register/vJItdeGgrDMoHu492kR90ywB25kmNrg5aFg

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Continued Hearing was mailed to those parties listed on this 9th day of September 2026.

/s
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402

COPIES FURNISHED TO:
Matias Alberto Isla
1165 MARSEILLE DR APT 20
Miami Beach, FL 33141

JOSE A BLANCO, ESQUIRE (eservice@blancopa.com)